# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-1514
Lower Tribunal No. 2021-CF-8774

_____

DERIC TRUMAINE WARD,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Polk County.
Dana Y. Moore, Judge.

December 19, 2025

PER CURIAM.

AFFIRMED. *See Avalos v. State*, 419 So. 3d 299, 300 (Fla. 6th DCA 2025) ("[Avalos] argues his sentence . . . is unconstitutional under the United States Supreme Court's recent decision in *Erlinger v. United States*, 602 U.S. 821 (2024). We affirm without deciding *Erlinger's* impact . . . because, even assuming *Erlinger* applies, any error in this case is harmless.").

WOZNIAK, WHITE and GANNAM, JJ., concur.

Blair Allen, Public Defender, and Jeri Delgado, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Tayna Alexander, Assistant Attorney General, Tampa, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED